IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**MATTHEW PAUL**                                                      **PLAINTIFF**

**V.**                                          **NO. 3:14CV00208-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**

## ORDER

Before the court is Plaintiff's Motion to Dismiss Without Prejudice, filed January 8, 2015. Counsel for the defendant has advised the court that there is no objection to the motion. Accordingly, this action is hereby DISMISSED without prejudice.

**SO ORDERED** this 13th day of January, 2015.

                                                          /s/ Jane M. Virden
                                                          UNITED STATES MAGISTRATE JUDGE